IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL FILE NO. |
| v. | 1:09-CR-207-TWT |
| BENITO SARABIA, and ANDRELLA DE LA ROSA, | |
| Defendants. | |

ORDER

This is a criminal case. It is before the Court on the Report and Recommendation [Doc. 49] of the Magistrate Judge recommending denying the Defendants' Motions to Suppress [Docs. 24, 25]. The Defendants have filed joint Objections to the Report and Recommendation in which they argue that the aerial surveillance video shows that there was no traffic infraction to justify the stop of their vehicle. I have carefully reviewed the videotape and agree with Judge Scofield's description of what it depicts. I agree with his conclusion that the videotape corroborates and does not contradict Trooper Van Scoten's testimony of a right turn signal given for a turn not taken by the Defendants' vehicle. I also agree with Judge Scofield's conclusion that Trooper Van Scoten had reasonable grounds to believe that a traffic violation had occurred. The Court approves and adopts the Report and

Recommendation of the Magistrate Judge as the judgment of the Court. The Defendants' Motions to Suppress [Docs. 24, 25] are DENIED.

SO ORDERED, this 25 day of January, 2010.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge