IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL FILE NO. |
| v. | 1:09-CR-207-1-TWT |
| BENITO SARABIA, | |
| Defendant. | |

## ORDER

This is a criminal matter. It is before the Court on the Report and Recommendation [Doc. 122] of the Magistrate Judge recommending denying the pro se Defendant's Motion to Vacate Sentence [Doc. 98]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Vacate Sentence [Doc. 98] is DENIED. No Certificate of Appealability will be issued.

SO ORDERED, this 27 day of August, 2012.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge